IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-21044-CMB |
| RICHARD C. SCHRECKENGOST, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| RICHARD C. SCHRECKENGOST, | : | |
|     Movant, | : | |
| v. | : | |
| | : | |
| | : | Document No. |
| No Respondent, | : | Related to Document No. |
|     Respondent. | : | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

Former Address:

    Creditor's Name:  Lakeview Loan Servicing

    Former Address: Incomplete address


New Address:

    Debtor's Names:  Lakeview Loan Servicing

    New Address: 507 Prudential Road, Horsham, PA 19044


Dated: <u>November 25, 2025</u>        /s/ Amy L. Zema
                                                     Amy L. Zema, Esquire
                                                     Attorney for Debtor
                                                     PA ID: 74701
                                                     2366 Golden Mile Hwy., #155
                                                     Pittsburgh, PA 15239
                                                     (412) 744-4450 Telephone
                                                     amy@zemalawoffice.com