**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Jesse D. Meyer**

            **Debtor(s).**

_____

**Case No. 25-23089-CMB**

**Chapter 13**

**Related to Doc. Nos. 19 & 31**

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐      a motion to dismiss case or certificate of default requesting dismissal

x      a plan modification sought by:    The Trustee

☐      a motion to lift stay
        as to creditor_____

☐      Other:        _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
x Amended Chapter 13 Plan dated November 21, 2025

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐      Debtor(s) Plan payments shall be changed from $ _____
        to
        $ _____ per _____, effective _____; and/or the
        Plan term shall be changed from _____ months to _____ months.

[04/22]               -1-

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

x    Other: <u>No payments shall be made on the claim of US Department of HUD (Claim #2), as claim is not contained in the plan on the basis that no payments are currently due.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                    

SO ORDERED, this 6th day of _____April_____, 2026

SIGNED
4/6/26 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/ s/ Amy L. Zema
Amy L. Zema, PA I.D. #74701
Attorney for Debtor
Law Office of Amy L. Zema
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412)744-4450
amy@zemalawoffice.com

Stipulated by:

/ s/ Katherine DeSimone
Katherine DeSimone, PA I.D. #42575
Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
(412)471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                    -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23089-CMB |
| Jesse D. Meyer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 06, 2026 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse D. Meyer, 1906 Irwin Street, Aliquippa, PA 15001-2914 |
| 16607728 | + | FSB Blaze Card, 1500 S. Highline Ave., Sioux Falls, SD 57110-1003 |
| 16607731 | + | Judge Felicia Santillan, 1515 Gringo Rd., Rt. 151, Aliquippa, PA 15001-4830 |
| 16607741 | + | Zion Debt Holdings, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2026 23:53:00 | LAKEVIEW LOAN SERVICING, LLC, 507 Prudential Road, Horsham, PA 19044-2308 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 06 2026 23:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2026 23:53:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 16607722 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 06 2026 23:53:00 | CBE, PO Box 900, Waterloo, IA 50704-0900 |
| 16607723 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Apr 06 2026 23:53:00 | Cortrust Bank, PO Box 7030, Mitchell, SD 57301 |
| 16607721 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2026 00:07:16 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16607724 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 06 2026 23:53:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 16607725 | + | Email/Text: mrdiscen@discover.com | Apr 06 2026 23:53:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16628150 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 06 2026 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16607727 | | Email/Text: BNSFS@capitalsvcs.com | Apr 06 2026 23:53:00 | First Savings Credit Card, 1500 S. Highline Ave., Sioux Falls, SD 57110 |
| 16607726 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 07 2026 00:07:12 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 16607729 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2026 23:53:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16624881 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2026 23:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16607730 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2026 00:07:16 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16607732 | | Email/Text: bk@lendmarkfinancial.com | Apr 06 2026 23:53:00 | Lendmark Financial, 2118 Usher St., Covington, |

| | | | | |
|---|---|---|---|---|
| | | | | GA 30014 |
| 16607734 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2026 00:07:13 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 16612801 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2026 00:07:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16629512 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 06 2026 23:53:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16607733 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 06 2026 23:53:00 | Loancare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 16627752 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 06 2026 23:53:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 16607735 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 06 2026 23:53:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 16607736 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2026 23:53:00 | Midland Credit Management, 350 Camino De La Reina, Suite 300, San Diego, CA 92108-3007 |
| 16625168 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2026 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16607737 | + | Email/PDF: cbp@omf.com | Apr 07 2026 00:07:21 | One Main Financial, PO box 1010, Evansville, IN 47706-1010 |
| 16627876 | + | Email/PDF: cbp@omf.com | Apr 07 2026 00:07:16 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16608011 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2026 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16610178 | + | Email/Text: ebnpeoples@grblaw.com | Apr 06 2026 23:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16617881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2026 23:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 16615847 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2026 23:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16627323 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2026 23:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16607738 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2026 23:53:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 16613599 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2026 23:53:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16607739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 07 2026 00:07:21 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 16608704 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 07 2026 00:07:21 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 16607740 | + | Email/Text: pitbk@weltman.com | Apr 06 2026 23:53:00 | Weltman, Weinberg & Reis, Two Allegheny Center Tower 2, Suite 1302, Pittsburgh, PA 15212-5411 |

TOTAL: 35

# BYPASSED RECIPIENTS

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 06, 2026 | Form ID: pdf900 | Total Noticed: 39

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Jesse D. Meyer amy@zemalawoffice.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8