FILED
9/3/26 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 25-23089-JAD** |
| **Jesse D. Meyer,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | Doc. #44 |
| | ) | |

**STIPULATED ORDER MODIFYING PLAN**

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

☒ a motion to dismiss case or certificate of default requesting dismissal

❑ a plan modification sought by: ______________________

❑ a motion to lift stay
as to creditor ______________________

❑ Other: ______________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

❑ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated November 21, 2025
is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Debtor(s) Plan payments shall be changed from $ __1588.00______ to $1823.00 per month, effective Sepbermber 1, 2026; and/or the Plan term shall be changed from ___months to ____months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve ______________________________ on or before _________.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as__________________________________________ ________________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Trustee's Certificate of Default at doc. 42 is resolved by this order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 3rd day of September, 2026

jsf
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

s/Amy L. Zema
Counsel to Debtor

Stipulated by:

s/Dennis Sloan
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 25-23089-JAD
Jesse D. Meyer Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 03, 2026 Form ID: pdf900 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse D. Meyer, 1906 Irwin Street, Aliquippa, PA 15001-2914 |
| 16628150 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16607728 | + | FSB Blaze Card, 1500 S. Highline Ave., Sioux Falls, SD 57110-1003 |
| 16607731 | + | Judge Felicia Santillan, 1515 Gringo Rd., Rt. 151, Aliquippa, PA 15001-4830 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2026 01:56:00 | LAKEVIEW LOAN SERVICING, LLC, 507 Prudential Road, Horsham, PA 19044-2308 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 04 2026 01:56:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2026 01:56:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 16607722 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 04 2026 01:56:00 | CBE, PO Box 900, Waterloo, IA 50704-0900 |
| 16607723 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Sep 04 2026 01:56:00 | Cortrust Bank, PO Box 7030, Mitchell, SD 57301 |
| 16607721 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2026 01:55:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16607724 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 04 2026 01:56:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 16607725 | + | Email/Text: mrdiscen@discover.com | Sep 04 2026 01:56:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16607727 | | Email/Text: BNSFS@capitalsvcs.com | Sep 04 2026 01:56:00 | First Savings Credit Card, 1500 S. Highline Ave., Sioux Falls, SD 57110 |
| 16607726 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 04 2026 01:55:34 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 16607729 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2026 01:56:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16624881 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2026 01:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16607730 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2026 01:55:33 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16607732 | | Email/Text: bk@lendmarkfinancial.com | Sep 04 2026 01:55:00 | Lendmark Financial, 2118 Usher St., Covington, GA 30014 |
| 16607734 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 01:55:09 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |

| | | | | |
|---|---|---|---|---|
| 16612801 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 01:55:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16629512 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 04 2026 01:56:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16607733 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 04 2026 01:56:00 | Loancare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 16627752 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 04 2026 01:56:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 16607735 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 04 2026 01:56:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 16607736 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2026 01:56:00 | Midland Credit Management, 350 Camino De La Reina, Suite 300, San Diego, CA 92108-3007 |
| 16625168 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2026 01:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16607737 | + | Email/PDF: cbp@omf.com | Sep 04 2026 01:55:32 | One Main Financial, PO box 1010, Evansville, IN 47706-1010 |
| 16627876 | + | Email/PDF: cbp@omf.com | Sep 04 2026 01:55:19 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16608011 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2026 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16610178 | + | Email/Text: ebnpeoples@grblaw.com | Sep 04 2026 01:56:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16617881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2026 01:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 16615847 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 01:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16627323 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 01:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16607738 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2026 01:56:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 16613599 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2026 01:56:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16607739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2026 01:55:07 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 16608704 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 04 2026 01:55:06 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 16607740 | + | Email/Text: pitbk@weltman.com | Sep 04 2026 01:56:00 | Weltman, Weinberg & Reis, Two Allegheny Center Tower 2, Suite 1302, Pittsburgh, PA 15212-5411 |
| 16607741 | + | Email/Text: claudia@zionsdebtholdings.com | Sep 04 2026 01:56:00 | Zion Debt Holdings, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Jesse D. Meyer amy@zemalawoffice.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, alapinski@egalawfirm.com |

TOTAL: 7